IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TIMOTHY KELLEY,

    Petitioner,

v.                                         CASE NO. 4:10-cv-00464-MP -WCS

STATE OF FLORIDA,

    Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc. 5, Report and Recommendation of the Magistrate Judge, recommending that this petition under 28 U.S.C. § 2241 be summarily dismissed. The time for filing objections has passed, and none have been filed. The Court agrees that petitioner (1) should have included the claims in this case in an action under 28 U.S.C. § 2254, to directly attack his two prior state convictions; or (2) should have amended his previously filed motion under 28 U.S.C. § 2255, challenging the use of the convictions to enhance his federal sentence in his federal case, to include the current claims. Bringing them under a separate § 2241 petition is improper. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. The petition under 28 U.S.C. § 2241 is DENIED, and the Clerk is directed to close this case.

**DONE AND ORDERED** this *22nd* day of April, 2011

                                         *s/Maurice M. Paul*
                                  Maurice M. Paul, Senior District Judge