IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TIMOTHY KELLEY,

    Petitioner,

v.                                               CASE NO. 4:10-cv-00464-MP -WCS

STATE OF FLORIDA,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 9, Petitioner's Motion for Extension of Time to File Objections to the Report and Recommendation. Previously, the Court adopted the Report and Recommendation, to which no objections were filed, and denied the petition. Mr. Kelley now informs the Court that he was in lock-down during this period and was unable to respond. Giving Mr. Kelley the benefit of the doubt, the Court vacates the order and judgment and reopens the case. Mr. Kelley shall file objections to the Report and Recommendation by Friday, June 17, 2011.

    **DONE AND ORDERED** this *17th* day of May, 2011

                                *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge