IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TIMOTHY KELLEY,

    Petitioner,

v.                                                    CASE NO. 4:10-cv-00464-MP-WCS

STATE OF FLORIDA,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 5, The Report and Recommendation of the Magistrate Judge, recommending that the petition under 28 U.S.C. § 2241 be summarily dismissed. The plaintiff filed objections, Doc. 11, and the Court has made a de novo determination of those portions of the Report and Recommendation to which objection was made. 28 U.S.C. § 636(b)(1)(C). As stated in the Report and Recommendation, numerous cases have held that a challenge to a federal sentence based on allegedly invalid state convictions must be brought by a § 2255 petition. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is accepted and incorporated herein.

2. The petition under § 2241 is summarily dismissed, and the Clerk should close this case.

**DONE AND ORDERED** this *7th* day of July, 2011

                    *s/Maurice M. Paul*
                  Maurice M. Paul, Senior District Judge